UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>      Plaintiff,<br><br>      v.<br><br>M. MARTINEZ, et al.,<br><br>      Defendants. | Case No. 5:21-cv-01939-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

      IT IS THEREFORE ORDERED that a Judgment be entered:

      (1) dismissing Plaintiff's failure-to-protect claim against all Defendants with prejudice and without leave to amend;

      (3) dismissing Plaintiff's excessive-force claim against Defendants Shaver,

Musella, Godoy, Conley, Romo, and Stuart with prejudice and without leave to amend; and

(4) dismissing Plaintiff's excessive-force claim against Defendants Martinez, Marshall, Garcia, Flores, Mason, and Padilla without prejudice and with leave to amend. If Plaintiff chooses to file a Second Amended Complaint, it should bear the docket number assigned to this case (5:21-cv-01939 MCS (KES)), be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original FAC, or any other documents (except any relevant documents that are attached to the Second Amended Complaint as exhibits). The Second Amended Complaint may not include new defendants, defendants that have been previously dismissed with prejudice, or claims unrelated to the excessive-force allegations in the FAC. If Plaintiff chooses not to amend his FAC, then Plaintiff shall file a notice of intent to proceed with his excessive-force claim against Defendant Prince alone.

DATED: February 25, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE