UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEWART MANAGO,

Plaintiff,

v.

M. MARTINEZ, et al.,

Defendants.

Case No. 5:21-cv-01939-MCS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 58).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 60) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.  IT IS THEREFORE ORDERED that (1) Plaintiff's motion for reconsideration (Dkt. 49) is DENIED; (2) Defendant's motion for summary judgment is GRANTED (Dkt. 38); and (3) judgment shall be entered for Defendant and against Plaintiff.

DATED: December 12, 2023

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE