JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEWART MANAGO, | Case No. 5:21-cv-01939-MCS-KES |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| M. MARTINEZ, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that judgment is entered for Defendant Aaron Prince and against Plaintiff Stewart Manago.

DATED: December 12, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE