UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>                Plaintiff,<br><br>        v.<br><br>M. MARTINEZ, et al.,<br><br>                Defendants. | Case No. 5:21-cv-01939-MCS-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 70). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (Dkt. 67) is denied.

DATED: April 25, 2024

_Mark C. Scarsi_

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE